AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia ☐▼

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Eric W. Cramer | ) Case No. 1:22mj150-1 |
| | ) |
| _____ | ) |
| *Defendant* | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 7-26-22

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Aaron D Moss Bar ID 12789
*Printed name and bar number of defendant's attorney*
Federal Public Defender Office
651 Foxcroft Ave, Suite 202
Martinsburg, WV 25401

_____
*Address of defendant's attorney*

aaron_moss@fd.org
*E-mail address of defendant's attorney*

304-260-9421
*Telephone number of defendant's attorney*

304-260-3716
*FAX number of defendant's attorney*