# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:22-mj-00150-GMH-1 |
| : | |
| **ERIC CRAMER** : | |
| : | |
| **Defendant.** : | |

## ORDER

Based upon the representations in the Consent Motion to Continue and Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on August 30, 2022 be continued for good cause to September 29, 2022 at 1:00 PM; and it is further

**ORDERED** that the time between August 30, 2022, and September 29, 2022 shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties with additional time to review discovery, and additional time to engage in discussions regarding a potential pretrial resolution.

_____
The Honorable Robin M. Meriweather
United States Magistrate Judge