# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | :    Case No. 1:22-mj-00150-1 (GMH) |
| | : |
| **ERIC CRAMER** | : |
| | : |
| Defendant. | : |

## ORDER

Based upon the representations in the Consent Motion to Continue and Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on September 29, 2022 be continued for good cause to October 27, 2022 at 1:00 PM; and it is further

**ORDERED** that the time between September 29, 2022, and October 27, 2022 shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution.

_____
The Honorable Moxila A. Upadhyaya
United States Magistrate Judge